

# IN THE
# TENTH COURT OF APPEALS

## No. 10-16-00018-CV

## IN THE INTEREST OF L.G.H., A CHILD

**From the 378th District Court
Ellis County, Texas
Trial Court No. 76,737-D**

## ABATEMENT ORDER

Appellant has complained of the trial court's failure to enter findings of fact and conclusions of law pursuant to Texas Rule of Civil Procedure 296. These findings are mandatory upon proper request, including a notice of past due findings of fact and conclusions of law. TEX. R. CIV. P. 297. Appellee does not dispute that the findings and conclusions have not been made. Therefore, we will abate this appeal and remand this case to the trial court for the trial court to make the required findings and conclusions. The trial court's written findings shall be forwarded to the Clerk in a supplemental clerk's record within thirty days of the date of this order.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Judge Ellis[1]
Appeal abated
Order delivered and filed December 14, 2016



---

[1] Hon. William Stephen Ellis, Judge of the 35th District Court of Brown and Mills Counties, sitting by assignment of the Chief Justice of the Texas Supreme Court pursuant to section 74.003(h) of the Government Code. *See* TEX. GOV'T CODE ANN. § 74.003(h) (West 2013).